*Robert M. Joost,* pro se, in support of the motions.

Decided September 18, 1968

JOSEPH PAGE ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF SOUTHINGTON ET AL.

The motion by the defendant Joseph Repczynski et al. to set aside the judgment of the trial court in the appeal from the Court of Common Pleas in Hartford County is denied.

*John V. Zisk,* for the appellants (defendant Repczynski et al.).

*Gerald C. Mitchell,* for the appellant (named defendant).

*James M. S. Ullman,* for the appellees (plaintiffs).

Argued October 9—decided October 9, 1968